## Commonwealth, Appellant, *v.* Willis, Appellant.

Argued November 16, 1973. *C. Donald Gates,* for Commonwealth, appellant; *Richard S. Scott,* with him *Scott, Neely, Swensen & Scott,* for appellee.

Order affirmed.

SPAULDING, J., absent.